IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RICARDO WILSON,

    Plaintiff,

v.

ROBERT (R. KELLY) KELLY,
UNIVERSAL MUSIC and JIVE
RECORDS,

    Defendants.

CIVIL ACTION NO.
1:18-cv-05014-CAP

## ORDER

Plaintiff Ricardo Wilson ("Plaintiff") seeks to proceed with his civil Complaint without prepayment of fees and costs or security therefore, pursuant to 28 U.S.C. § 1915(a)(1). (Doc. 1). The Affidavit of Poverty indicates that Plaintiff is unable to pay the filing fee or incur the costs of these proceedings. Thus, the requirements of 28 U.S.C. § 1915(a)(1) have been satisfied, and Plaintiff's application for leave to proceed *in forma pauperis* is hereby **GRANTED**. (Doc. 1). The Clerk is directed to submit this action to the District Court for review of Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS SO ORDERED**, this __7__ day of December, 2018.

_____
LINDA T. WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)