IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICARDO WILSON, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 1:18-CV-5014-AT |
| ROBERT "R. KELLY" KELLY, : | |
| UNIVERSAL MUSIC, JIVE : | |
| RECORDS, : | |
| : | |
| Defendants. : | |

## **ORDER**

On December 14, 2018, the Court conducted a review of Plaintiff's Complaint pursuant to 28 U.S.C. Section 1915(e)(2).  Ultimately, the Court determined that Plaintiff's Complaint could move forward as to Defendant Kelly only since the allegations against Defendants Universal Music and Jive Records were not sufficiently pleaded.  *See generally* (Doc. 5).  On that basis, the Court dismissed these two Defendants without prejudice but permitted Plaintiff the opportunity to replead his claims.  *Id.*  To the extent Plaintiff sought to file an amended complaint, he was directed to do so by January 9, 2019.  *Id.*  In the event Plaintiff chose "to forego filing an amended complaint, the [Court stated that the] instant Complaint [Doc. 3] shall remain the operative pleading in this matter but the caption shall be

amended by the Clerk's Office to reflect that Universal and Jive have been dismissed from this lawsuit." *Id.*

To date, the docket fails to reflect that Plaintiff has filed an amended complaint amplifying his allegations as to Defendants Universal Music and Jive Records. Nor has the Court received any other correspondence from Plaintiff evidencing his intent to file an amended pleading. As such, the Court finds that the initial Complaint in this matter shall serve as the operative pleading moving forward. However, based upon the Court's previous findings, the Clerk's Office is directed to terminate Defendants Universal Music and Jive Records as Defendants in this case. The action will proceed solely as against Defendant Robert Kelly.

In light of the fact that Plaintiff is proceeding *in forma pauperis* and pursuant to 28 U.S.C. Section 1915(d) and Fed. R. Civ. P. 4(c)(3), the Clerk's Office will effect service of process on Defendant Kelly. Thus, in order to facilitate service of process, upon receipt of the Court's Order, Plaintiff shall be required to complete the summons and 285 form(s), which are necessary to ensure the Clerk's Office is able to facilitate service on Plaintiff's behalf. Upon completion of the summons and 285 form(s), Plaintiff will then mail the completed summons and 285 form(s) to the Clerk's Office. When the Clerk of the Court receives the completed forms from Plaintiff, the Clerk will review all forms for correctness and if all appears in order, will sign the summons and 285 form(s) and send those forms, together with a copy of the Complaint for each Defendant, to the United States Marshal for

service on the Defendant. In the event Plaintiff has questions concerning the above process, he is directed to contact the Clerk's Office directly.

**IT IS SO ORDERED** this 11th day of January, 2019.

_____
**Amy Totenberg**
**United States District Judge**