# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-716-250**

Effective date of registration:

January 2, 2014

## Title

- **Title of Work:** Love Letter
- **Nature of Work:** Song (music R&B) Lyrics

## Completion/Publication

- **Year of Completion:** 2009

## Author

- **Author:** Ricardo Wilson
- **Author Created:** R&B song about writing a love letter to a loved one
- **Work made for hire:** No

## Copyright claimant

- **Copyright Claimant:** Ricardo Wilson
  5855 Walnut Creek Rd Apt C117, River Ridge, LA, 70123

## Certification

- **Name:** Ricardo Wilson
- **Date:** January 25, 2011

---

- **Correspondence:** Yes
- **Copyright Office notes:** Regarding author information: deposit contains lyrics only.