

NAME: RICARDO WILSON
REG. NO. 57322-019 QTR. DA122
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 4000
MANCHESTER, KY 40962-4000

NAME: RICARDO WILSON
REG. NO. 57322-019  QTR. DA122
FEDERAL CORRECTIONAL INSTITUTION
PO BOX 4000
MANCHESTER, KY 40962-4000

VICTORIA SPOTTS
5855 WALNUT CREEK RD. APT C117
RIVER RIDGE, LA 70123

VICTORIA SPOTTS    APT. C117
5855 WALNUT CREEK RD.
RIVER RIDGE, LA 70123

RICARDO WILSON
# 57322 019
FEDERAL PRISON CAMP
P.O. BOX 2099
POLLOCK, LA 71467

57322-019



DNo !!!

...E SOON. KEEP ME CLOSE IN YOUR
HEART ALWAYS.