Nov. 14, 2011

As-Salam Alaikum

Please forgive me for being so distant. You are always in my prayer. All praise be to Allah Roc just got at me the other day and told me that he had spoken to R. Kelly about you. He said R. Kelly said he got you and that he was going to do a love letter 2. I'm gettin ready to holla at rock as soon as I finish this letter and tell him to stay on that. Well, D-shot he not even around nomore. I'm going to get at Rob ASAP.

2016 coming up for me. You know me I'm on my deen. I have D-Shot's info. if you need it just holla back. Plus i'm going to be incontact more well until next time insha Allah.

Your Brother,